RECEIVED

NOV 0 7 2007

AT 8:30_____
WILLIAM T. WALSH
CLERK

Day Pitney LLP
(MAIL TO) P.O. BOX 1945 MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys For Plaintiff
Ramada Worldwide Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as Ramada Franchise Systems, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHEBORO TECTEL II, LLC, a North Carolina Corporation,<br><br>Defendant. | HONORABLE JOEL A. PISANO<br>Civil Action No. 06-215 (JAP)<br><br>**ORDER ENTERING DEFAULT AND FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT ASHEBORO TECTEL II, LLC** |

This matter having been opened to the Court by way of motion filed by plaintiff Ramada Worldwide Inc. ("RWI"), by its attorneys, Day Pitney LLP, seeking entry of default pursuant to *Fed. R. Civ. P.* 55(a) and the final judgment by default against defendant Asheboro Tectel II, LLC ("Tectel") pursuant to *Fed. R. Civ. P.* 55(b)(2); and it appearing that the Complaint in this matter was filed on January 18, 2006 seeking damages as a result of the breach of a license

1564313A03092807

agreement, and service of the Summons and Complaint having been effectuated with respect to Tectel by serving the North Carolina Secretary of State, Tectel's agent authorized by law to receive service on May 22, 2006, and the Court having granted the motion of Tectel's counsel, Peltz and Walker, to withdraw as counsel and having ordered that Tectel retain new counsel by September 14, 2007; and new counsel having failed to make an appearance on behalf of Tectel; and RWI having provided Tectel with notice of the motion for judgment by default; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this \_\_\_5th\_\_\_ day of \_\_\_Nov\_\_\_, 2007,

**ORDERED, ADJUDGED AND DECREED**, that default is entered against defendant Asheboro Tectel II, LLC; and it is further

**ORDERED, ADJUDGED AND DECREED**, that RWI have final judgment against defendant Asheboro Tectel II, LLC, as to Counts One, Three, and Five of the Complaint in the total amount of $362,555.48, comprised of the following:

(a) $151,716.63 for liquidated damages (principal plus interest calculated through October 22, 2007);

(b) $135,617.63 for Recurring Fees (principal plus prejudgment interest through October 22, 2007);

(c) $42,837.93 for infringement damages (through March 3, 2005); and

(d) $32,383.57 for attorneys' fees and costs; and it is further

**ORDERED, ADJUDGED AND DECREED,** that beyond the date of this Order, post-judgment interest with respect to the total amount of this Final Judgment will continue to accrue at the rate allowed by law until the Judgment is paid in full; and it is further

**ORDERED, ADJUDGED AND DECREED,** that upon entry of this Final Judgment, Counts Two, Four, and Six of the Complaint shall be dismissed with prejudice.

_____
HONORABLE JOEL A. PISANO, U.S.D.J.